ORIGINAL



FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0536

JOSEPH DENNY NEZ PERCE, V,

Petitioner,

v.

CAPTAIN ROBERT LESTER,
Yellowstone County Detention Center,

Respondent.

FILED

SEP 2 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Joseph Denny Nez Perce V has filed a Petition for Writ of Habeas Corpus, requesting that twenty-one months' credit be applied to his sentence. Nez Perce asserts that the Yellowstone County District Court sentenced him on February 14, 2014, for a felony burglary conviction. Nez Perce notes that he had been arrested on June 16, 2012, and asserts that, in 2014, Judge Baugh awarded this credit. Nez Perce states that following a revocation of his sentence on July 15, 2024, he does not believe the former credit was applied to this sentence upon revocation. Nez Perce has not included any copies of court judgments.

This Court secured copies of the sentencing judgments. In open court on February 3, 2014, the District Court committed Nez Perce to the Department of Corrections (DOC) for a suspended, five-year term, which was to run consecutively to two other prior sentences (Cause No. DC-12-0386). As Nez Perce provides, the District Court specifically ordered:

> [T]he Defendant will receive credit for time spent in pre-trial incarceration from June 20, 2012 to February 3, 2014. In the event the Defendant's suspended sentence is revoked, the maximum term of incarceration that may be imposed is THREE (3) YEARS, ONE HUNDRED THIRTY SIX (136) DAYS.

(Emphasis in original.) At the July 15, 2024 Revocation Hearing, the District Court revoked Nez Perce's suspended sentence and resentenced Nez Perce to the DOC for three years and 136 days. The court recommended chemical dependency treatment. The court also awarded elapsed time credit of August 14, 2022 through May 15, 2023, as well as May 5, 2023 through September 8, 2023. Lastly, the court awarded credit for pretrial incarceration or detention before the revocation hearing: September 8, 2023 through September 13, 2023; October 18, 2023 through January 18, 2024; and March 27, 2024 through July 15, 2024.

Nez Perce has not demonstrated an illegal sentence. While the dates may differ than what Nez Perce presents, he received the application of the twenty-one months' credit in 2014 and with the subsequent sentence upon revocation in 2024. The court also awarded recent credit of elapsed time and time served. Nez Perce may always request a copy of a sentence calculation from the DOC, specifically the Prison Records Department at the Montana State Prison. Nez Perce is not entitled to habeas corpus relief. Section 46-22-101(2), MCA. Accordingly,

IT IS ORDERED that Nez Perce's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Joseph Denny Nez Perce V personally.

DATED this 25 day of September, 2024.

_____
Chief Justice

_____

_____

2

_____

_____
Justices